UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA

                    -against-

   DANNON CRAWFORD,
                                       Defendant.
------------------------------------------------------------X

23 Cr. 566 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS an initial conference was held on December 5, 2023.  It is hereby

      **ORDERED** that Defendant's motion(s), if any, shall be filed by **January 29, 2024**.  The Government's response, if any, shall be filed by **February 12, 2024**.  Defendants' reply, if any, shall be filed by **February 19, 2024**.  It is further

      **ORDERED** that the parties shall appear for a status conference on **March 11, 2024, at 10:30 a.m**.  It is further

      **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between December 5, 2023, and January 29,2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A).  The time between December 5, 2023, and January 29,2024, is hereby excluded.

      The parties are warned that any discussions regarding the possible disposition of this matter will not stay the aforementioned schedule.

Dated:  December 8, 2023
        New York, New York

                                                              LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE