```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   23 Cr. 566-1 (LGS)
     -against-                      :   ORDER
                                    :
Dannon Crawford                     :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
          December 28, 2023

SO ORDERED:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**