# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**Barry D. Leiwant**
*Interim Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 24, 2024

*Application Granted. Defendant's conditions of release are hereby modified to remove the condition of home detention and impose the condition of standalone location monitoring. All other conditions of release shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 23.*

*Dated: January 30, 2024*
*New York, New York*

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: **United States v. Dannon Crawford,
23 Cr. 566 (LGS)**

Dear Judge Schofield:

    I write to respectfully request that the Court downgrade Dannon Crawford's bail conditions from home detention to standalone location monitoring. Since Mr. Crawford's release to home detention in Connecticut following his presentment on July 27, 2023, he has been compliant. He remains gainfully employed and participates in mental health treatment. For these reasons, Pre-Trial Services in the Southern District of New York and the District of Connecticut do not object to Mr. Crawford's placement on standalone location monitoring. The Government, by AUSA Justin Horton, defers to Pre-Trial Services.

    I thank the Court for its consideration of this application.

Respectfully Submitted,

*[signature]*
Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Dannon Crawfor