UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                         -against-

   DANNON CRAWFORD,
                                    Defendant.
------------------------------------------------------------ X

23 Cr. 566 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference currently scheduled for March 11, 2024, is adjourned to **April 15, 2024, at 10:30 a.m.**

Dated: March 7, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**