UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                                                    :          23 Cr. 566 (LGS)
              -against-                              :
                                                    :          SCHEDULING ORDER
DANNON CRAWFORD,                                    :
                                    Defendant.      :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a status conference was held on April 15, 2024.   It is hereby

      **ORDERED** that the parties shall file by **September 16, 2024,** any motions in *limine*, and by **September 23, 2024,** any responses to the motions.  It is further

      **ORDERED** that the parties shall file by **September 23, 2024**, a joint statement as provided in the Court's Individual Rule I.1., a joint proposed *voir dire*, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It is further

      **ORDERED** that the parties shall appear for a final pretrial conference on **October 7, 2024, at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  It is further

      **ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of *voir dire*. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.  It is further,

      **ORDERED** that a jury trial is scheduled to begin on **October 15, 2024, at 9:45 a.m.** or

the Court's first available date thereafter.  The parties shall be ready to proceed on 24 hours'

notice on or after October 15, 2024.  It is further,

ORDERED that for the reasons stated on the record, the Court finds that the ends of

justice served by excluding the time between today until October 15, 2024, outweigh the best

interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The

time between today and October 15, 2024, is hereby excluded.

The parties are reminded that any discussions regarding the possible disposition of this

matter will not stay this schedule.  No extensions will be granted absent extraordinary

circumstances.

Dated:  April 15, 2024
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE