UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

DANNON CRAWFORD,

                Defendant.

23 Cr. 566 (LGS)

---

## MOTION TO TERMINATE COUNSEL

PLEASE TAKE NOTICE that Ashley V. Hahn has completed her secondment at the Federal Defenders of New York, Inc., and is no longer counsel of record in the above-captioned case. I respectfully ask that the Clerk of Court update the records accordingly on CM/ECF and terminate her notice of appearance.

Dated: August 1, 2024

By: _____
FEDERAL DEFENDERS OF NEW YORK, INC.
Andrew John Dalack
52 Duane Street, 10th Floor
New York, New York 10007
(212) 417-8700
andrew_dalack@fd.org

*Counsel for Dannon Crawford*

---

Application Granted. The Clerk of the Court is directed to terminate Ms. Hahn as counsel of record and terminate the motion at docket number 33.

Dated: August 5, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**