UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    DANNON CRAWFORD,
                            Defendant.
------------------------------------------------------------ X

23 Cr. 566 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Dannon Crawford's sentencing hearing will be held on **January 13, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **December 16, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **December 19, 2024**.  It is further

    **ORDERED** that the trial and pretrial deadlines are adjourned *sine die*.

Dated: September 16, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**