Application **GRANTED**.  Defendant's deadline to submit sentencing submissions is extended to **January 31, 2025**.  Government's deadline to submit sentencing submissions is extended to **February 3, 2025**.  So Ordered.

Dated: January 23, 2025
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: *United States v. Dannon Crawford*
   23 Cr. 566 (LGS)

Dear Judge Schofield:

I write with the consent of the Government to respectfully request that the Court extend the parties' respective sentencing submission deadlines by one week, without a change in the March 17, 2025, sentencing date.

Dannon Crawford's sentencing is scheduled for March 17, 2025, with defense submissions due on January 24, 2025, and the government's submissions due January 27, 2025. Dkt. No. 40. I require a one-week extension of the defense submission deadline to finalize objections to the guidelines calculation in the draft pre-sentence report, finish gathering letters and other materials relevant to the Court's application of 18 U.S.C. § 3553(a) to Mr. Crawford, and otherwise complete my letter to the Court. Accordingly, I respectfully request that the Court extend my sentencing submission deadline to January 31, 2025, and extend the government's deadline to February 3, 2025.

I thank the Court for its consideration of this application.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Government Counsel (by AUSA J. Horton)
      United States Probation (by Officer J. Harris)