# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 31, 2025

**By CM/ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application Granted. The sentencing hearing currently scheduled for March 17, 2025, is adjourned to **April 28, 2025**, at 11:00 a.m. Defendant's sentencing submission shall be filed by **April 7, 2025**. The Government's sentencing submission shall be filed by **April 10, 2025**. The Clerk of the Court is directed to terminate the letter motion at docket number 44.
>
> Dated: February 3, 2025
> New York, New York
>
> *Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re: *United States v. Dannon Crawford*
23 Cr. 566 (LGS)

Dear Judge Schofield:

I write with the consent of the Government to respectfully request that the Court adjourn Dannon Crawford's March 17, 2025, sentencing proceeding by 30 days.

On January 13, 2025, United States Probation published its initial Pre-Sentence Report. On Wednesday, January 29, 2025, I sent the Government and Probation a substantial written objection to the guidelines calculation set forth in the initial PSR. In the letter, I argued against application of the attempted murder cross reference under U.S.S.G. § 2A2.1, and instead urged Probation to either apply the aggravated assault guidelines under Section 2A2.2 or the standard firearms guidelines under Section 2K2.2.

Given this development, an adjournment of sentencing and the parties' respective submission deadlines is appropriate. Additional time is necessary to give Probation and the Government an opportunity to review my thorough letter and reconsider the appropriate guidelines range, possibly obviating the need for the Court to resolve any disputes concerning the guidelines at sentencing. I have conferred with AUSA Justin Horton, who does not object to the adjournment.

Pertinent to this motion, Mr. Crawford remains employed and in full compliance with his bail conditions. I thank the Court for its consideration of this application.

Respectfully Submitted,

*Andrew John Dalack*
Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Justin Horton