# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 7, 2025

**By CM/ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Application Granted.  The sentencing currently scheduled for April 28, 2025, is adjourned to **May 19, 2025, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **May 5, 2025**.  The Government's sentencing submission shall be filed by **May 8, 2025**.  The Clerk of the Court is directed to terminate the letter motion at docket number 47.*

*Dated: April 14, 2025*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: *United States v. Dannon Crawford*
23 Cr. 566 (LGS)

Dear Judge Schofield:

I write with the consent of the Government to respectfully request that the Court adjourn Dannon Crawford's April 28, 2025, sentencing proceeding and corresponding filing deadlines by three weeks.

On Wednesday, January 29, 2025, I submitted substantive objections to the draft Pre-Sentence Report prepared by United States Probation. On or about March 17, 2025, the Government responded, and the final Pre-Sentence Report was published on March 24, 2025.

Since then, counsel for both parties have experienced issues arising from household illnesses and changes in trial schedules that have interfered with our respective preparations for sentencing in this matter. Accordingly, the parties respectfully submit that a three-week-long adjournment of Mr. Crawford's sentencing date and the parties' respective submission deadlines is warranted.

Pertinent to this motion, Mr. Crawford remains employed and in full compliance with his bail conditions. I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:  AUSA Justin Horton