UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -v-

    DANNON CRAWFORD,
                             Defendant.
------------------------------------------------------------X

23 Cr. 566 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, with Dannon Crawford's consent, his guilty plea allocution was taken before Magistrate Judge Sarah L. Cave on September 10, 2024;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
         May 13, 2025

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE