UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                      23 Cr. 566 (LGS)

            -against-

                                                      <u>ORDER</u>

    DANNON CRAWFORD,
                          Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a sentencing hearing is scheduled for May 19, 2025, at 11:00 a.m.

       WHEREAS, the parties dispute Defendant's intent when he discharged the firearm, and therefore dispute whether the appropriate Guidelines enhancement should be taken from § *2A2.1* (Assault with Intent to Commit Murder; Attempted Murder) or § *2A2*.2 (Aggravated Assault).

       WHEREAS, apart from the video of the shooting, neither party has submitted evidence of Defendant's intent. Defense counsel has submitted a proffer but no sworn declaration or other evidence. It is hereby

       **ORDERED** that by **May 19, 2025**, the parties shall each file a letter stating whether they would like to submit additional evidence of Defendant's intent, either on the docket or at a *Fatico* hearing, and if so, when; or whether they would prefer to rest on the existing record, keeping in mind the burden of proof. It is further

       **ORDERED** that the sentencing hearing currently scheduled for May 19, 2025, is adjourned to **June 3, 2025, at 3:45 p.m.**

Dated: May 15, 2025
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**