UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    DANNON CRAWFORD,
                            Defendant.
------------------------------------------------------------X

23 Cr. 566 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the sentencing hearing currently scheduled for July 8, 2025, is adjourned to **July 15, 2025, at 2:15 p.m.**

Dated: July 2, 2025
       New York, New York

                                        LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE